

# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN MARION | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| REBECA C. MARTINEZ | 300 DOLOROSA, SUITE 3200 | |
| PATRICIA O. ALVAREZ | SAN ANTONIO, TEXAS 78205-3037 | |
| LUZ ELENA D. CHAPA | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| IRENE RIOS | | (210) 335-2635 |
| BETH WATKINS | | |
| LIZA A. RODRIGUEZ | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

September 29, 2020

Joe D. Gonzales
Bexar County District Attorney
101 W. Nueva St., Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Dean  A. Diachin
Assistant Public Defender
101 W. Nueva, Suite 310
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-20-00395-CR & 04-20-00397-CR
Trial Court Case Number:   641471 & 641472
Style:  Ex Parte Juan Hernandez

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
Michael A. Cruz,
Clerk of Court

_Monica Rivera_

Monica Rivera
Deputy Clerk, Ext. 53855

cc: Dianne Garcia-Marquez (DELIVERED VIA E-MAIL)
Jeremy Best (DELIVERED VIA E-MAIL)
Michael Lee Young (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2020

No. 04-20-00395-CR & 04-20-00397-CR

**EX PARTE JUAN HERNANDEZ**

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 641471 & 641472
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

On September 28, 2020, appellant filed an unopposed motion to consolidate appeal numbers 04-20-395-CR and 04-20-397-CR. Due to the similarities between the two cases, this court has determined that the two cases should be consolidated for briefing and argument. It is therefore ORDERED that the motion to consolidate is GRANTED. The parties shall file all motions, briefs, and other documents as if the two appeals were one case, but shall include both appeal numbers with the style of the case. See TEX. R. APP. P. 9.3(a). The records for the two appeals shall remain separated. If the court hears oral argument in these appeal numbers, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate.

On September 17, 2020, appellant filed a motion to extend the time to file appellant's brief in these appeals. The motion is GRANTED, and it is ORDERED that appellant's brief is due on or before October 12, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court